# Order

Michigan Supreme Court
**Lansing, Michigan**

May 21, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148553

NATHAN M. BROWN,
      Plaintiff-Appellant,

v

LYNETTE A. BROWN,
      Defendant-Appellee.

SC: 148553
COA: 315911
Clinton CC: 09-021478-DM

_____/

On order of the Court, the application for leave to appeal the December 10, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2014



d0514

Clerk